Matthew Jones
11366 Sussex Hwy
Greenwood, DE 19950

  Retail

U.S. POSTAGE PAID
FCM LG ENV
GREENWOOD, DE 19950
OCT 23, 2023

UNITED STATES
POSTAL SERVICE®

06510

$2.07

RDC 99

R2305E125101-02

U.S. District Court of Connecticut
~~Post office Box 310~~ 141 Church Street
New Haven, CT 06510